

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00135-CR

Darrell **MOSQUEDA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4036
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, this appeal is DISMISSED. Counsel's motion to withdraw is GRANTED.

SIGNED December 28, 2016.

Luz Elena D. Chapa, Justice